IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 06-cv-02109-WYD-MEH

KEVIN DAVIS,

    Plaintiff,

v.

OFFICER J. CARRIER, 2742, and
OFFIER H. TOMITSCH, 286,

    Defendants.

FILED
UNITED STATES DISTRICT COURT
COLORADO

DEC 12 2006

GREGORY C. LANGHAM
CLERK

## ORDER GRANTING SERVICE BY UNITED STATES MARSHAL

THIS CAUSE came before the Court on the affidavit in support of the motion for leave to proceed without prepayment of fees or security pursuant to 28 U.S.C. § 1915. The Court has granted the plaintiff leave to proceed *in forma pauperis*. It now is

ORDERED that, if appropriate, the Clerk shall attempt to obtain a waiver of service from the defendants. If unable to do so, the United States Marshal shall serve a copy of the complaint, summons, order granting leave to proceed pursuant to 28 U.S.C. § 1915, and all other orders upon the defendants. If appropriate, the Marshal shall first attempt to obtain a waiver of service of these documents pursuant to Fed. R. Civ. P. 4(d). All costs of service shall be advanced by the United States. It is

FURTHER ORDERED that the defendants or counsel for the defendants shall respond to the complaint as provided for in the Federal Rules of Civil Procedure after

service of process on the defendants.

Dated: December 8, 2006

BY THE COURT:

/s/ Wiley Y. Daniel
UNITED STATES DISTRICT JUDGE

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No. 06-cv-02109-WYD-MEH

Kevin Davis
Prisoner No. A00169470
El Paso County Det. Facility
2739 E. Las Vegas Street
Colorado Springs, CO 80906

US Marshal Service
Service Clerk
Service forms for: Officer J. Carrier and Officer H. Tomitsch

    I hereby certify that I have mailed a copy of the ORDER to the above-named individuals and the following forms to the U.S. Marshal for process of service on: Paul Bender, and Gary Fear: COMPLAINT FILED 10/23/06, SUMMONS, AND NOTICE OF AVAILABILITY OF MAGISTRATE JUDGE on  12/12/06.

GREGORY C. LANGHAM, CLERK

By: _____
Deputy Clerk