IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Wiley Y. Daniel**

Civil Action No.  06-cv-02109-WYD-MEH

KEVIN DAVIS,

      Plaintiff,

v.

J. CARRIER, Officer 2742;
H. TOMITSCH, Officer 286,

      Defendants.

---

### ORDER OF DISMISSAL WITH PREJUDICE

---

THIS MATTER comes before the Court on the parties Stipulated Motion to Dismiss Cause of Action [# 31], filed April 2, 2007.  After careful review of the file, the Court has concluded that the motion should be approved and that Plaintiff's claims against the Defendants should be **DISMISSED WITH PREJUDICE**.

THEREFORE IT IS ORDERED as follows:

That the Stipulated Motion to Dismiss Cause of Action [# 31] is **APPROVED**; and that Plaintiff's claims against the Defendants are **DISMISSED WITH PREJUDICE**, each party to pay its own attorney's fees and costs.

Dated:  April 3, 2007

                    BY THE COURT:


                    s/ Wiley Y. Daniel
                    Wiley Y. Daniel
                    U. S. District Judge